1

2

3

4

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JIMMIE THOMPSON,

11          Petitioner,                          2:05-cv-1708-GEB-PAN (JFM)-P

12       vs.

13   THOMAS L. CAREY,

14          Respondent   .            ORDER

15   _____/

16          On March 3, 2006, respondent filed a request for reconsideration of the magistrate

17   judge's order filed February 21, 2006, denying respondent's December 23, 2005, motion to

18   dismiss without prejudice.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders

19   shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the

20   court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or

21   contrary to law.

22          Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the

23   magistrate judge filed February 21, 2006, is affirmed.

24   Dated:  March 24, 2006

25

26                                    /s/ Garland E. Burrell, Jr.
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26