IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE THOMPSON,

    Petitioner,        No. CIV S 05-1708 GEB PAN P

  vs.

THOMAS L. CAREY,

    Respondent.        <u>ORDER</u>

_____/

      Petitioner is a state prisoner seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On March 1, 2006, the court appointed the Federal Defender to represent petitioner.  On March 7, 2006, counsel from the Office of the Federal Defender notified the court it is unable to represent petitioner and seeks an order discharging the Federal Defender and appointing Michael Satris.

      Good cause appearing, IT IS HEREBY ORDERED that petitioner's March 7, 2006, motion to substitute counsel is granted and Michael Satris is appointed to represent petitioner.

DATED: April 7, 2006.

UNITED STATES MAGISTRATE JUDGE

\004\thom0178.subst counsel