IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE THOMPSON,

    Petitioner,               No. CIV S-05-1708 GEB PAN P

    vs.

THOMAS L. CAREY,

    Respondent.             <u>ORDER</u>

_____/

    The parties, through counsel, having been heard in open court with regard to the status of this case, IT IS HEREBY ORDERED that:

    1. Counsel shall meet and confer the week of April 17, 2006, to determine what, if any, additional documents should be lodged with respondent's answer; and,

    2. Counsel shall file a letter no later than April 21, 2006 describing their agreement about which, if any, additional documents should be lodged.

DATED: April 18, 2006.

                                            UNITED STATES MAGISTRATE JUDGE

\004
\ thom1708.order on status