MICHAEL SATRIS, SBN 67413
LAW OFFICES OF MICHAEL SATRIS
Post Office Box 337
Bolinas, Calif. 94924
Tel: (415) 868-9209
Fax: (415) 868-2658
E-mail: satris@earthlink.net

Attorney for Petitioner Jimmie Thompson

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE THOMPSON,<br>    Petitioner,<br><br>    vs.<br><br>THOMAS L. CAREY,<br>    Warden, California State Prison-Solano,<br>    Respondent. | No. CIV S-05-1708-GEB-PAN (JFM)<br><br>**STIPULATED REQUEST [AND ORDER] TO EXTEND TIME FOR PETITIONER TO FILE HIS TRAVERSE (LR 6-142)** |

COUNSEL FOR PETITIONER AND RESPONDENT HEREBY STIPULATE, pursuant to the provisions of Civil Local Rules 6-142 that:

Due to the press of business and a family emergency that arose at the end of last week for the offices of counsel representing Petitioner Jimmie Thompson, he may have up to seven additional days, to and including May 22, 2006, to file his traverse to Respondent's answer to the petition for writ of habeas corpus. That traverse is currently due on May 15, 2006. Thompson intends to file his traverse earlier than May 22, 2006, circumstances permitting.

1

Thompson remains incarcerated pursuant to the judgment challenged in this action, and he has every incentive to timely prosecute his petition.

Dated: May 15, 2006

/s/   *Michael Satris*
MICHAEL SATRIS
Counsel for Jimmie Thompson

Dated: May 15, 2006

/s/   *Heather M. Heckler*
HEATHER M. HECKLER
Deputy Attorney General
Counsel for Respondent

_____

IT IS SO ORDERED.

Dated: June 14, 2006.

/s/ *John F. Moulds*
JOHN F. MOULDS
United States Magistrate Judge

2

Stipulated Request & Order to Extend Time                             *Thompson v. Carey*
for Petitioner to File His Traverse                                   CIV S-05-1708 GEB-PAN P