IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE THOMPSON,

    Petitioner,                      No. CIV S-05-1708 GEB EFB P

    vs.

THOMAS L. CAREY,

    Respondent.                  ORDER

        Plaintiff is a prisoner with counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner's motion for discovery, motion for partial summary judgment and motion for preliminary relief are currently set for hearing on March 21, 2007. Respondent has notified counsel for petitioner and the court that a scheduling conflict has arisen and he seeks a continuance until April 4, 2007. Counsel for petitioner has no objection. However, the court has no calendar on April 4, 2007. Accordingly, hearing on the above motions is CONTINUED to April 18, 2007 at 10:00 a.m. in Courtroom No. 25.

Dated: March 9, 2007.

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE