IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE THOMPSON,

    Petitioner,                    No. CIV S-05-1708 GEB EFB P

    vs.

THOMAS L. CAREY, et al.,

    Respondents.                ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On June 11, 2007, respondent requested an extension of time to lodge the records regarding a petition for a writ of habeas corpus petitioner filed in the Kern County Superior Court. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's June 11, 2007, request is granted and petitioner has 30 days from the date this order is served to lodge records of the above-mentioned proceedings.

Dated: June 15, 2007.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE