IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE THOMPSON,

    Petitioner,                    No. CIV S-05-1708 GEB EFB P

    vs.

THOMAS L. CAREY,

    Respondent.                ORDER

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On June 4, 2007, the court ordered respondent either to submit the state court record pursuant to Rule 5 of the Rules Governing Section 2254 Cases or to explain in writing why he could not. On June 11, 2007, respondent filed all records available to him and requested additional time to obtain records located in Kern County. The court finds that respondent has complied with the June 4, 2007, order.

       Accordingly, it is ORDERED that the June 4, 2007, order to show cause is vacated.

Dated: June 28, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE