1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE THOMPSON,

      Petitioner,                      No. CIV S-05-1708 GEB EFB P

    vs.

THOMAS L. CAREY,

      Respondent.                ORDER

_____/

       Petitioner, through counsel, seeks a writ of habeas corpus on the ground that he repeatedly was denied his constitutional rights in parole suitability proceedings. *See* 28 U.S.C. § 2254. At the time he commenced this action, he was confined in prison, and on February 17, 2007, petitioner filed a motion for release pending resolution of the petition. On October 5, 2007, counsel for petitioner notified the court that petitioner has been released to parole, thereby obviating the need for an order on the motion. *See Powell v. McCormack*, 395 U.S. 486, 496 (1969) (an issue becomes moot when the parties lack a legally cognizable interest in the outcome); *see also Cantrell v. City of Long Beach*, 241 F.3d 674, 678 (9th Cir. 2001) (matter is moot when there is no effective relief the court could grant).

////

////

1

Accordingly, it is ORDERED that petitioner's February 17, 2007, motion for preliminary relief is deemed withdrawn as moot. The Clerk of the Court is directed to terminate number 37 on the docket.

Dated: October 12, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2