MICHAEL SATRIS, SBN 067413
Law Offices of Michael Satris
Post Office Box 337
Bolinas, CA 94924
Telephone:   (415) 868-9209
Facsimile:   (415) 868-2658
Email:       satris@sbcglobal.net

Attorney for Petitioner
Jimmie Thompson

EDMUND G. BROWN, JR.
Attorney General of the State of California
PAMELA G. HOOLEY, SBN 161616
Deputy Attorney General
1300 I Street, Suite 125
P. O. Box 944255
Sacramento, CA  94244-2550
Telephone:  (916) 323-1951
Facsimile:   (916) 322-8288
Email:  Pamela.Hooley@doj.ca.gov

Attorneys for Respondent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE THOMPSON,<br><br>      Petitioner,<br><br>   vs.<br><br>THOMAS L. CAREY,<br><br>      Warden, California State Prison-Solano,<br>      Respondent. | No. CIV S-05-01708-GEB EFB P<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER**<br><br>**Status Conference:**<br>**Date:**     January 30, 2008<br>**Time:**     10:00 a.m.<br>**Location:**   Courtroom 25 |

The parties stipulate, due to a conflict in the schedule of counsel for Petitioner Jimmie Thompson, that the Court may continue the status conference now set for January 30, 2008, at 10:00 a.m., to Magistrate Judge Brennan's next available calendar date, Wednesday, February 13, 2008, at 10:00 a.m.  Counsel for Thompson received yesterday by fax a notice from the United States District Court for the Central District of California that he is to appear in Los Angeles on January 30, 2008, at 10:30 a.m. in *Hayward v.*

1  *Marshall,* U.S.D.C. Central District California No. CV 05-7239-GAF (CT), in an urgent
2  matter concerning the petitioner's release, despite counsel's indication to the *Hayward*
3  court that he was not available that day.
4        ACCORDINGLY, the parties stipulate to entry of an order that continues the
5  status conference, currently scheduled for January 30, 2008, at 10:00 a.m. in Sacramento,
6  to February 20, 2008, at 10:00 a.m. in Sacramento.
7        IT IS SO STIPULATED:
8        Dated:   January 24, 2008

                                          /s/     *Michael Satris*
                                          MICHAEL SATRIS
                                          Attorney for Petitioner

12       Dated:   January 24, 2008

                                          /s/     *Pamela Hooley*
                                          Pamela B. Hooley
                                          Attorney for Respondent

16                                ORDER

17       IT IS HEREBY ORDERED that the status conference in this case, currently
18  scheduled for January 30, 2008, at 10:00 a.m., is continued to **February 20, 2008**, at
19  10:00 a.m.
20       Dated: January 29, 2008.

                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE