IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE THOMPSON,

      Petitioner,                               2:05-cv-1708-GEB-EFB-P

   vs.

THOMAS L. CAREY,

      Respondent.                           ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 23, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Respondent has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the

///

1

1 | entire file, the court finds the findings and recommendations to be supported by the record and by
2 | proper analysis.
3 |       Accordingly, IT IS HEREBY ORDERED that:
4 |       1. The findings and recommendations filed February 23, 2009, are adopted in
5 | full;
6 |       2. Petitioner's application for a writ of habeas corpus is granted;
7 |       3. Petitioner's motion for partial summary judgment is denied as moot;
8 |       4. Respondents are directed to discharge petitioner from parole within 10 days,
9 | provided that no legitimate grounds for parole revocation developed or develop between the date
10 | of petitioner's release on parole and the date on which the 10 day limit expires;
11 |       5. Respondents are directed to file, within 10 days of petitioner's discharge from
12 | parole, a notice with the court confirming the date on which petitioner was discharged from
13 | parole; and
14 |       6. The Clerk is directed to close the case.

Dated: March 24, 2009

GARLAND E. BURRELL, JR.
United States District Judge