IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE THOMPSON,

    Petitioner,                                  No. CIV S-05-1708 GEB EFB P

    vs.

THOMAS L. CAREY,

    Respondent.                              ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On January 5, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner filed objections on January 15, 2010, and respondent file a response to the objections on January 20, 2010.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 5, 2010, are adopted in full;

2. Petitioner's motion for discharge from parole, Dckt. No. 85, is denied; and

3. The Clerk is directed to enter final judgment.

Dated: March 4, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge